**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 09-50546 |
| Plaintiff - Appellee, | D.C. No. 3:08-cr-01000-DMS |
| v. | |
| JESUS BACA-HERNANDEZ, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Southern District of California
Dana M. Sabraw, District Judge, Presiding

Submitted October 19, 2010[**]

Before:     O'SCANNLAIN, TALLMAN, and BEA, Circuit Judges.

Jesus Baca-Hernandez appeals from the 70-month sentence imposed following his guilty-plea conviction for attempted entry after deportation, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Baca-Hernandez contends that the district court erred by denying his request for a downward departure for cultural assimilation under U.S.S.G. § 5K2.0.  He also contends that his sentence is substantively unreasonable.  The district court did not procedurally err, and the sentence is substantively reasonable.  *See United States v. Dallman*, 533 F.3d 755, 760-61 (9th Cir. 2008); *United States v. Carty*, 520 F.3d 984, 992-94 (9th Cir. 2008) (en banc).

**AFFIRMED**.